IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
(Eastern Division)

| | |
|---|---|
| CHARLES C. JOHNSON and GOT NEWS, LLC | : : : : |
| Plaintiffs, | Case No. _____ : |
| v. | : : |
| GAWKER MEDIA, LLC, J.K. TROTTER, and GREG HOWARD | : : : |
| Defendants. | : : : : |

# DECLARATION OF JOSEPH E. MARTINEAU

I, JOSEPH E. MARTINEAU, declare as follows:

1.  I am a Member of the firm of Lewis Rice LLC and serve as counsel to Defendants Gawker Media, LLC, Joseph Keenan Trotter, and Gregory Howard in the above-captioned matter. I submit this declaration to place before the Court exhibits referenced herein and to identify the citizenship of the plaintiffs herein.

2.  Attached to the Notice of Removal herein as **Exhibit A** are true, genuine and accurate copies of the Petition of Plaintiffs Charles C. Johnson and Got News, LLC and related materials filed in the above-captioned matter in the 21st Judicial Circuit Court, St. Louis County, Missouri, which I obtained off the Missouri CaseNet system.

3.  On Monday, July 20, 2015, in a telephone call with John Burns, counsel for Plaintiffs, Mr. Burns confirmed to me that the sole member of Got News, LLC is Charles C. Johnson and that Mr. Johnson is a citizen of the State of California.

**NOTICE OF REMOVAL
EXHIBIT B**

2096828.3

2

    4.      Attached hereto as **Exhibit 1** is a true and accurate copy of the complaint of Plaintiff Charles C. Johnson filed in *Johnson v. Fox, et al.*, No. 14SL-CC02844 (St. Louis Cnty Aug. 21, 2014).

    5.      Attached hereto as **Exhibit 2** is a true and accurate copy of the California Secretary of State's Business Entity Detail for Got News, LLC, Entity No. 201415010192.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on: July 23, 2015

                                                    /s/ Joseph E. Martineau
                                                    JOSEPH E. MARTINEAU