**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CHARLES C. JOHNSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 4:15-CV-1137 CAS |
| | ) |
| GAWKER MEDIA, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on review of the file.  The parties are advised that one of the undersigned's law clerks is the spouse of an equity partner at the law firm Lewis Rice LLC, which represents defendants Gawker Media, LLC, J. K. Trotter and Greg Howard in this case.  The law clerk's spouse has not entered an appearance in this case.  It is the Court's intention to isolate the affected law clerk from the case, so that she will have no contact with it.  The Court believes this action resolves any potential conflict that could arise in this matter.  If, after consideration, a party believes disqualification of the undersigned is required, any motion for recusal based on the disclosed matter shall be filed within fourteen (14) days of the date of this Order.

**SO ORDERED**.

                                                      **CHARLES A. SHAW**
                                                      **UNITED STATES DISTRICT JUDGE**

Dated this   24th   day of July, 2015.