# Exhibit 1

## Martineau, Joseph E.

| | |
|---|---|
| **From:** | Jonathon Burns <john@burns-law-firm.com> |
| **Sent:** | Monday, October 05, 2015 11:46 AM |
| **To:** | Martineau, Joseph E. |
| **Subject:** | Re: Johnson v. Gawker |

Hi Joe,

Just left you a vm. I wanted to see if I could get one last extension on our response. Only need until this Friday, 10/9. I've got to be out of town this weekend, so you can be sure that this is the last one. I would of course consent to a similar extension on your end for the reply.

John

On Mon, Sep 28, 2015 at 9:10 AM, Martineau, Joseph E. <jmartineau@lewisrice.com> wrote:

John:


I have no problem with this if you give me until Monday, October 26 as well.   You can file a motion noting my consent to the weekend extension for both of us.


Regards


**LEWISRICE**   **Joseph E. Martineau**
jmartineau@lewisrice.com
600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311
314.444.7729 (direct)
314.612.7729 (fax)
www.lewisrice.com


**From:** Jonathon Burns [mailto:john@burns-law-firm.com]
**Sent:** Sunday, September 27, 2015 4:55 PM
**To:** Martineau, Joseph E.
**Subject:** Johnson v. Gawker

1

Hi Joe,

Right now our responses are due on 10/2, this Friday. Could we get an extension until Monday, 10/5? My week has gotten extremely tight.

John

--

Very truly yours,

/s/

John Burns

THE BURNS LAW FIRM, LLC

*Tireless Advocacy. Uncompromising Integrity.*™

1717 Park Avenue

Saint Louis, Missouri 63104

Direct: 314.932.2356

Fax: 314.932.2171

This electronic message including its attachment is from THE BURNS LAW FIRM, LLC. This electronic communication contains information that is confidential and is protected by the attorney-client or attorney-work product privileges. If you receive this message and/or its attachments and you are not the intended recipient, promptly delete this message, and please notify the sender of the delivery error by return e-mail or please call the sender at 314-932-2356. You are specifically instructed that you may not forward, print, copy or distribute or use the information in this message if you are not the intended designated recipient.

2

The Supreme Court of Missouri requires all lawyers to notify clients and other recipients of email of the following: 1. Email communication is not a secure method of communication.  2. Any email that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa.  3. Persons not participating in our communication may intercept our communication by improperly accessing your computer or my computer or even some computer unconnected to either of us which the email passed through.

---

This message, including attachments, is from the law firm of Lewis Rice LLC. This message contains information that may be confidential and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, promptly delete this message and notify the sender of the delivery error by return e-mail or call us at 314-444-7600. You may not forward, print, copy, distribute, or use the information in this message if you are not the intended recipient.

--
Very truly yours,

/s/
John Burns
THE BURNS LAW FIRM, LLC
*Tireless Advocacy. Uncompromising Integrity.*™
1717 Park Avenue
Saint Louis, Missouri 63104
Direct: 314.932.2356
  Fax: 314.932.2171

This electronic message including its attachment is from THE BURNS LAW FIRM, LLC. This electronic communication contains information that is confidential and is protected by the attorney-client or attorney-work product privileges. If you receive this message and/or its attachments and you are not the intended recipient, promptly delete this message, and please notify the sender of the delivery error by return e-mail or please call the sender at 314-932-2356. You are specifically instructed that you may not forward, print, copy or distribute or use the information in this message if you are not the intended designated recipient.

The Supreme Court of Missouri requires all lawyers to notify clients and other recipients of email of the following: 1. Email communication is not a secure method of communication.  2. Any email that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa.  3. Persons not participating in our communication may intercept our communication by improperly accessing your computer or my computer or even some computer unconnected to either of us which the email passed through.