# Exhibit 3

**From:** Charles Johnson [mailto:chuckwalla1022@gmail.com]
**Sent:** Wednesday, October 07, 2015 4:36 PM
**To:** warkin@igc.org
**Subject:** Gawker

Hello Mr. Arkin,

I'd love to chat with you about Gawker and your experiences there. And if, you like, I'd compensate you for your time.

Thanks,

Charles C. Johnson

Founder of [Gotnews.com](Gotnews.com)

[617-429-4718](tel:617-429-4718)

Twitter username: @chuckcjohnson

Author of *Why Coolidge Matters: Leadership Lessons from America's Most Underrated President.* http://t.co/OsY5s6vD and *The Truth About the IRS Scandals.* http://tinyurl.com/o4t3mb7.