# Exhibit 4





