# Exhibit 7

ktjensen

# Chuck C. Johnson Is The Easiest Man In The World To Troll


**K. Thor Jensen**
10/12/15 3:53pm



"IF YOU HAVE THEM, I WANT THEM"

Last week former Gawker writer Adam Weinstein started getting some emails from America's least capable journalist, Chuck C. Johnson.



Last year, Gawker had written about persistent rumors surrounding Johnson's time at the Claremont Colleges – most notably that he had taken a dump on the floor. At the time, Johnson threatened to sue the company and Weinstein (a frequent threat levied at his many enemies).



*from America's Most Underrated President.* http://t.co/OsY5s6vD and *The Truth About the IRS Scandals.* http://tinyurl.com/o4t3mb7.

12      40



**Adam Weinstein**
@AdamWeinstein

7 Oct

pic.twitter.com/EgA9HzZ1xx

**Adam Weinstein**
@AdamWeinstein

Follow

pic.twitter.com/I4wADG98pq

6:18 PM - 7 Oct 2015

◀ Back to Twitter        6:13 PM        ✶ 55% ▮▮▮ ⚡

‹ Primary                    🔽        🗑        ⌄

Not very bright, are you?                    ☆

**Charles Johnson**        ↩
to Adam
33 minutes ago  Details

Hey Adam,

https://twitter.com/AdamWeinstein/status/
651872081437585408

So, I'm asking politely now. Please don't make me pull
you in on the Gawker suit.

I'd like you as a friend.

Thanks,
Charles C. Johnson
Founder of Gotnews.com
617-429-4718
Twitter username: @chuckcjohnson
Author of *Why Coolidge Matters: Leadership Lessons
from America's Most Underrated President.*
http://t.co/OsY5s6vD and *The Truth About the IRS*

*Scandals:* http://tinyurl.com/o4t5m67.

23      62

**Adam Weinstein**
@AdamWeinstein

7 Oct

nothing i hate more than a shitty negotiation

**Adam Weinstein**
@AdamWeinstein

Follow

cont'd... more tk pic.twitter.com/FAGSJe25Mp

8:15 PM - 7 Oct 2015



7        24

Johnson actually filed a defamation suit against Gawker earlier this year for $66 million, but in a bizarre legal move he filed the case in Missouri, against a New York company, with a plaintiff in California. Gawker's lawyers filed a motion to dismiss on anti–SLAPP grounds (basically saying that the lawsuit was intended to intimidate the press), and most commentators agree that's the most likely outcome. Chuck's deadline to respond to this motion was last Friday, October 9th, so frantically trying to get inside information about the company two days before that is... curious.

Let's talk about *me* for a second. Over the summer, I had some free time in New York City. Coincidentally, Gawker Media was having some troubles in the aftermath of publishing a particularly odious story outing a non-notable, non-public person for hiring a gay escort. Two of the company's top editorial staffers resigned in the wake of it, and I saw my moment.



Obviously I did not become the Editor in Chief of Gawker, but I spent the next few days pretending I had:



Log in / Sign up

# What Famous Man Did The Cocaine Last Weekend?

 K. Thor Jensen
Filed to: GOOD ASS KINJA  7/23/15 7:33am

0 👍   0 ⭐ 



① ② ③ ④

It's highly probable that at least one male celebrity did cocaine last weekend. If you know who it was, use your Kinja account to post below in the Kinja area and join the Kinjversation!

*Contact the author at kthor@gawker.com.*

 **K. Thor Jensen**
@kthorjensen

**Follow**

Excited to share my first post as new Editor-In-Chief of
@Gawker

5:03 PM - 22 Jul 2015

21          85

500 Days of Kristin, Day 179: What Happened To Kristin's Arm?

K. Thor Jensen *shared a post by* K. Thor Jensen                    6  



Kristin Cavallari has a weird bruise on her arm. What could be the cause of that weird bruise?

» Tomorrow 4:11pm

---

 **K. Thor Jensen**
@kthorjensen

**Follow**

Excited to share my second post as the new Editor-In-Chief of
@Gawker

5:39 PM - 22 Jul 2015

13



The best thing about this was that people actually believed it. And not just credulous Gamergate buffoons (although there were plenty of them as well), but actual media types.





I kept "posting stories" for a few days

**We Read This On Another Website And Added Irony To It**

K. Thor Jensen and 885 others                                              45 ☆



You probably already read this on another website, but now we're going to post it here on Gawker because the concept of "original journalism" is absurd in the information-saturated age we live in. There is literally no value in being "first" to cover a story except to get called out if it's wrong, so we're not falling for that shit anymore. Our value add is the sweet, sweet irony, after the jump. » Today 12:05am

 **K. Thor Jensen**
@kthorjensen                                              Follow

Obviously a very busy day here at @Gawker but I'm still knocking out the high-value content
9:54 AM - 24 Jul 2015

27        58



All good things must come to an end, and eventually I shuttered the ruse.



Fast forward to last week. I saw Adam Weinstein's tweets and one of those cartoon lightbulbs popped up over my head.



Six minutes later:



"Oh my God he wrote back. Gotta come up with a response. Gotta..."



(literally 10 minutes after the last email) THIS DUDE IS THIRSTY. I really didn't want to talk to him on the phone though.



This was true. I mean, the Tae Kwon Do part.

Charles Johnson
to me ▾

This is what I'm looking for and will pay for if you have it.

I strongly believe that the upper echelon in Gawker, and possibly Denton himself, have circulated a number of key memos to Gawker writers and possibly other staff. I don't know, of course, how long ago he wrote it, but it simply must exist based on the similarity in article format/narrative styles and also the importance from a leadership standpoint of keeping everyone on the same page. Plus, with defamation being such a big issue, I'm sure Gawker has a defamation policy. It would be great if we could discover the following memos, which simply MUST exist either in email format or as a classic memo distributed throughout the office.

*Possible Memos that Exist*

* A memo on circumventing defamation laws - I believe that either a general counsel or other lawyer has drafted a memo for Gawker, detailing the fundamentals of defamation law, and outlining ways in which Gawker writers can circumvent defamation liability. Possible examples might include: the inclusion of disclaimers in the article ("I have no way of knowing this," "There is absolutely no evidence of X"), wording article titles as questions (Is Senator X secretly a member of the KKK?), and possibly the level of protections that ANTI-SLAPP laws offer (which the memo might suggest should embolden writers to be more controversial, due to the increased costs.

* A memo on writing articles so that they become "click bait" - Something describing a methodology to SENSATIONALIZE a story. Perhaps also to penalize or hurt the subject of the story.

* A memo on the IMPORTANCE of getting readers to COMMENT on articles - Getting readers to comment on articles and in particular getting them emotionally charged up and unloading in comment boards is somehow good for business. I haven't seen any direct studies on this, but a variety of experts have written that massive comment board action translates directly to money, as it has something to do with motivating readers to share stories. Obviously, the more shares, the more eyeballs, the more impressions and ad revenue.

* A memo on the importance of Kinja sharing, content sharing, and reader interaction and possible collaboration - Denton developed KINJA to prevent Facebook and Twitter from profiting off of the circulation of Gawker content. This topic is related to the one immediately above. Reader collaboration and interaction is a huge issue. It's extremely clear that they use comment board as an additional publication platform, but with FREE labor - the reader/commenters!!!!! If we could find Denton or someone in MGMT saying this, it's a huge win.

- A memo describing the BUSINESS MODEL of Gawker and ALSO the importance of SPECIFICALLY TARGETING viewers in SPECIFIC geographic areas, ESPECIALLY TARGETING ST. LOUIS OR MISSOURI. - For example, the Deadspin.com website has published articles which have repeatedly attacked the ST LOUIS CARDINALS and ST. LOUISANS who are fans of the Cardinals.

* A memo righteously describing the importance of making certain big shots PAY DEARLY by exposing them for their sins.

Hoooooly shit. At this point I knew I was dealing with a true madman. As anybody who has ever worked for any kind of reputable media organization or third–tier Internet gossip blog knows, the idea that memos of this type would exist is absolutely ludicrous. But let's roll with it, shall we?



kthorjensen@gmail.com
to Charles ▾                                                  Oct 7 (5 days ago) ☆   ↩  ▾

Some of these for sure ring a bell. I'm not interested in money - I live very comfortably, as evidenced by the fact that both of my children can take Tae Kwon Do - so maybe we can do a charitable donation instead.

Sent from my iPhone

Also having him give me money for fake memos would be fraud, an actual crime I am uninterested in committing.



Charles Johnson
to me ▾                                                       Oct 7 (5 days ago) ☆   ↩  ▾

Works for me.

Charles Johnson
to me ▾                                                       Oct 7 (5 days ago) ☆   ↩  ▾

If you have them I want them and we'll figure out how things should shake out.

Meanwhile, on Adam Weinstein's Twitter...



I slept on it and sent him this in the morning.



I also shared the events so far with some friends on Twitter by DM



WELP



Oh my God.



So at this point I wanted to keep giving him stuff but I didn't want to have any of it be something that he would file in Federal court, and it was plainly obvious that Johnson was gullible enough to fall for

anything that painted Gawker Media as a cartoon terrorist organization. Then, strangely, Chuck changed tacks a little bit.



A note: I live three time zones away from the Gawker Media offices. Was Chuck C. Johnson trying to get me to go pump employees for information? Would I have to wear a wire, like on the classic HBO TV show Def Comedy Jam? I needed to know more.



Sadly, I would never get closure on this question, as on October 9th Chuck C. Johnson stopped talking to me. It also doesn't seem like he filed his response to Gawker's motion to dismiss, but he claims he did so we'll have to wait and see on this one.