IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
(Eastern Division)

| | |
|---|---|
| CHARLES JOHNSON and<br>GOT NEWS, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>GAWKER MEDIA, LLC, J.K. TROTTER,<br>and GREG HOWARD<br><br>    Defendants. | Case No. 14:15-cv-001137 |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE IN EXCESS OF THE PAGE LIMIT

COME NOW Plaintiffs Charles C. Johnson and Got News, Inc. (together, "Plaintiffs"), by and through their undersigned counsel, and for move that this court grant them leave to file their responses to Motions to Strike and Dismiss filed by Defendants Gawker Media, LLC, J.K. Trotter, and Greg Howard (together, "Defendants"), in excess of the Court's page limit. In support of this Motion, Plaintiffs state:

1. Defendants have filed motions to dismiss and motions to strike or dismiss pursuant to California's Anti-SLAPP law. Additionally, Defendants have filed a motion to transfer venue.

2. In response to these three separate motions, Plaintiffs have filed one universal response brief. Thus, Plaintiffs should be allotted at minimum 45 pages to respond to Defendants' legal arguments.

3. Further, Plaintiffs have provided an extensive review of the facts that should be considered as a submission of stipulated facts for the purposes of motion page limits.

4. Plaintiffs have had to take extra care and an overabundance of caution because this case involves an Anti-SLAPP law which would allow Defendants to recover attorneys fees from Plaintiffs under certain circumstances.

5. Plaintiffs' are hereby requesting leave to file their response in excess of the motion page limit.

6. Defendants filed Motions to Dismiss and to Strike pursuant to California's Anti-SLAPP statute, and filed along with them over 300 pages of individual exhibits, which, due to lack of manpower, slowed down Plaintiffs' counsel and contributed to this delay.

WHEREFORE, Plaintiffs humbly move the Court to approve the above-proposed leave to file response in excess of the page limit..

**Respectfully submitted,**

**THE BURNS LAW FIRM, LLC**

 /s/ John C. Burns
John C. Burns #66462MO
1717 Park Avenue
St. Louis, MO 63104
Phone: (314) 339-8388
Fax:    (314) 932-2171
john@burns-law-firm.com
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served, via the Court's electronic notification system, on October 16, 2015, upon all parties of record.

 /s/ John C. Burns

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
(Eastern Division)

| | |
|---|---|
| CHARLES JOHNSON and<br>GOT NEWS, LLC<br><br>    PlaintiffS,<br><br>v.<br><br>GAWKER MEDIA, LLC, J.K. TROTTER,<br>and GREG HOWARD<br><br>    DefendantS. | :<br>:<br>:<br>:<br>:  Case No. 14:15-cv-001137<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE OUT OF TIME**

Upon motion of plaintiffs and for good cause shown, the Court grants Plaintiffs' request for Leave to Respond to Defendants' Motion to Dismiss the Complaint (Doc. 14) and Defendants' Special Motion to Strike the Complaint Pursuant to The California Anti-SLAPP Law (Doc. 20) out of time, and to file by midnight on Monday, October 12, 2015.

Date:_____

                                    SO ORDERED:

                                    _____
                                    Hon. Charles A. Shaw
                                    United States District Judge