IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
(Eastern Division)

| | |
|---|---|
| CHARLES JOHNSON and GOT NEWS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>GAWKER MEDIA, LLC, J.K. TROTTER, and GREG HOWARD<br><br>Defendants. | Case No. 4:15-cv-001137 |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiffs Charles Johnson and GotNews, LLC, through their undersigned counsel, move for leave to amend their complaint submitted contemporaneously with this motion. Plaintiffs hereby incorporate by reference as if fully stated herein, Plaintiffs' Memorandum in Support of Motion for Leave to File First Amended Complaint.

WHEREFORE, Plaintiffs move the Court to grant the above-proposed Motion for Leave to File First Amended Complaint and for any other relief this Court deems just and proper.

**Respectfully submitted,**

                    **THE BURNS LAW FIRM, LLC**

                    /s/ John C. Burns
                    John C. Burns #66462MO
                    1717 Park Avenue
                    St. Louis, MO 63104
                    Phone: (314) 339-8388
                    Fax:    (314) 932-2171
                    john@burns-law-firm.com
                    *Attorney for Plaintiffs*


## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing was served, via the Court's electronic notification system, on October 22, 2015, upon all parties of record.

                    /s/ John C. Burns