UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES C. JOHNSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:15-CV-1137 CAS |
| ) | |
| GAWKER MEDIA, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on review of the file. On October 22, 2015, plaintiffs filed among other documents a motion for leave to file a first amended complaint (Doc. 45). The Court's Order of October 19, 2015 stated in part:

> [W]hen leave to file a document is required, the document for which leave is sought must be submitted as an attachment to the motion for leave, and not filed as a separate document. See Administrative Procedures for Case Management/Electronic Case Filing, Sec. II.B.

Order at 2 (Doc. 44). Despite this clear direction, plaintiffs did not attach their proposed amended complaint to the motion for leave to file an amended complaint, and instead filed it as a separate document, twice. See Docs. 47, 50. Plaintiffs docketed their proposed amended complaint as a "Motion to Supplement" and a "Supplement."

The Court will strike plaintiffs' proposed amended complaints from the record for filing error, as they were filed without leave of Court. In the interest of efficiency, the Court will direct the Clerk of the Court to attach a copy of plaintiffs' proposed first amended complaint to plaintiffs' Motion for Leave to File First Amended Complaint. Plaintiffs are cautioned that the Court will not take similar corrective action on their behalf in the future.

Plaintiffs' attention is also directed to Section II.F. of the Court's Administrative Procedures for Case Management/Case Filing, which requires that "[e]ach exhibit is to be filed as a separate .pdf attachment. Each such attachment should be identified by a name that includes *both the exhibit designation* and a *brief description of the exhibit*[.]" (Emphasis added). Plaintiffs filed numerous exhibits and included a brief description of each, but failed to include an exhibit designation for any of the exhibits. See Section II.F., Administrative Procedures for Case Management/Case Filing, for an example of a correct exhibit name format. The Court will not order plaintiffs to refile their exhibits on this occasion, but expects future filings to include proper exhibit name identification.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' proposed amended complaints are **STRICKEN** from the record for filing error, and the Clerk of the Court shall delete them from the record. [Docs. 47, 50]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall terminate plaintiffs' Motion to Supplement for filing error. [Doc. 47]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall attach one copy of plaintiff's proposed amended complaint to plaintiffs' Motion for Leave to File First Amended Complaint (Doc. 45).

                                                **CHARLES A. SHAW**
                                                **UNITED STATES DISTRICT JUDGE**

Dated this   23rd   day of October, 2015.