UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES C. JOHNSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:15-CV-1137 CAS |
| ) | |
| GAWKER MEDIA, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLIES AND RESPONSE**

Upon motion of Defendants and for good cause shown,

**IT IS HEREBY ORDERED** that Defendants' Consent Motion for Extension of Time to file reply and response memoranda is **GRANTED**.  [Doc. 53]

**IT IS FURTHER ORDERED** that Defendants shall have through and including Thursday, November 12, 2015 in which to file their (i) response to Plaintiffs' Motion for Leave to File First Amended Complaint (Doc. 45); (ii) reply to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss (Docs. 14, 49); and (iii) reply to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Strike (Anti-SLAPP) (Docs. 20, 51).

**SO ORDERED**:

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   27th   day of October, 2015.