IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
(Eastern Division)

| | |
|---|---|
| CHARLES C. JOHNSON and<br>GOT NEWS, LLC | :<br>: Case No. 14:15-cv-01137 |
| Plaintiffs, | : |
| v. | :<br>: |
| GAWKER MEDIA, LLC, J.K. TROTTER,<br>and GREG HOWARD | :<br>:<br>: |
| Defendants. | :<br>: |

**CONSENT TO MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (DOC. 59)**

Defendants Gawker Media, LLC, J.K. Trotter, and Greg Howard (together, "Defendants"), by and through their undersigned counsel, hereby consent to Plaintiffs' Motion for Extension of Time to File Reply in Support of Motion for Leave to File First Amended Complaint (Doc. 59).

Respectfully submitted,

**LEWIS RICE LLC**

By: /s/   Joseph E. Martineau
   Joseph E. Martineau, #32397MO
   R. Taylor Matthews, #60936MO
   600 Washington, Suite 2500
   St. Louis, Missouri  63101
   jmartineau@lewisrice.com
   314/444-7729
   314/612-7729 (facsimile)

*Attorneys for Defendants*

2097365.5

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 20th day of November, 2015, a copy of the above and foregoing document was served via the Court's electronic filing system:

>John C. Burns
>**THE BURNS LAW FIRM**
>1717 Park Avenue
>St. Louis, Missouri  63104
>john@burns-firm.com
>
>*Attorneys for Plaintiff*

By:   /s/ Joseph E. Martineau