IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
(Eastern Division)

| | |
|---|---|
| CHARLES JOHNSON and GOT NEWS, LLC : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> GAWKER MEDIA, LLC, J.K. TROTTER, : <br> and GREG HOWARD : <br> : <br> Defendants. : | Case No.15-cv-001137 |

## ORDER GRANTING MOTION TO STAY DETERMINATION ON DEFENDANTS' MOTION TO STRIKE OR DISMISS PURSUANT TO THE CALIFORNIA ANTI-SLAPP LAW PENDING DISCOVERY

UPON CONSIDERATION of Plaintiffs' Motion to Stay its determination on Defendants' Motion to Strike or Dismiss Pursuant to California's Anti-SLAPP Law and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED Defendants' Motion to Dismiss Pursuant to California's Anti-SLAPP Law are STAYED, that Plaintiffs shall be granted leave to conduct discovery pending the Court's issuance of a scheduling order. Parties are directed to submit proposed scheduling orders to the Court on or before January 15, 2016.

Date:_____

SO ORDERED:

_____
Hon. Charles A. Shaw
United States District Judge