# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CHARLES C. JOHNSON and<br>GOT NEWS, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAWKER MEDIA, LLC, J. K. TROTTER,<br>and GREG HOWARD,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 4:15-CV-1137 CAS<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiffs' claims against defendants Gawker Media, LLC, J. K. Trotter, and Greg Howard are **DISMISSED without prejudice** for lack of personal jurisdiction. See Federal Rule of Civil Procedure 12(b)(2).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  15th  day of January, 2016